IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:12-MC-29

FILED
JUN 04 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

APEX SYSTEMS, INC., )
 )
  Plaintiff, )
 )
v. ) **CORPORATE DISCLOSURE**
 ) **STATEMENT**
CC INTELLIGENT SOLUTIONS, INC., )
 )
  Defendant. )

Pursuant to FED. R. CIV. P. 7.1 and Local Civil Rule 7.3, Plaintiff Apex Systems, Inc., makes the following disclosures:

1. Is the party a publicly held corporation or other publicly held entity?

   **YES.**

2. Does the party have any parent corporations?

   **YES.**

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   **On Assignment, Inc.**

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   **YES.**

   If yes, identify all such owners:

   **On Assignment, Inc.**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   **NO.**

   If yes, identify the entity and the nature of their interest:

   **N/A.**

5. Is the party a trade association?

   **NO.**

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

   **N/A.**

6. If this case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

   **N/A.**

   This the 4 day of June, 2012.

   TROUTMAN SANDERS, LLP

   By: _____
   Jennifer M. Hall
   N.C. State Bar No. 39722
   Post Office Drawer 1389
   Raleigh, North Carolina 27602-1389
   Telephone: (919) 835-4110
   Facsimile: (919) 835-4101
   jennifer.hall@troutmansanders.com

## CERTIFICATE OF SERVICE

The undersigned attorney for Plaintiff hereby certifies that on this day the foregoing **Corporate Disclosure Statement** was served upon the Defendant by depositing a copy thereof enclosed in post-paid, properly addressed wrappers in a post office or official depository under the exclusive care and custody of the United States Postal Service and addressed as follows:

>W. Brian McCann
>Franklin R. Cragle, III
>Hirschler Fleischer PC
>2100 E Cary St.
>PO Box 500
>Richmond, Virginia 23218-0500
>(804) 771-9515
>(804) 644-0957
>fcragle@hf-law.com
>bmccann@hf-law.com

This the 4 day of June, 2012.

Jennifer M. Hall