IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| Plaintiff Address | Apex Systems, Inc.<br>4400 Cox Road, Suite 200<br>Glen Allen, Virginia 23060 | Case Number: 5:12-mc-00029-UA |
|---|---|---|
| | VERSUS | **EXECUTION**<br>(Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| Defendant Address | CC Intelligent Systems, Inc.<br>900 Paverstone Drive, Suite 200<br>Raleigh, North Carolina 27615 | Defendant Address |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of **Apex Systems, Inc.**

against, **CC Intelligent Systems, Inc.** the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $ 119,746.73 | 17,091.8 | $ 350 | 9,583 | $ 146,771.53 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ __* private process__. Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| Date from which interest due: | Legal rate of interest: | Date Judgment entered on docket: |
|---|---|---|
| December 9, 2011 | 1% | March 7, 2012 |

You are commanded to satisfy the judgment

☐ By demanding payment from the defendant

☐ Out of the personal property of the defendant, and if sufficient property cannot be found, then out of the real property belonging to the defendant on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

☐ Except as to property set off as exempt (a list of which is attached) out of the personal property of the defendant within your district, and if sufficient personal property cannot be found, then out of real property belonging to the defendant on the day the judgment was docketed in this court as shown above or any time after that date.

☒ Out of the property listed below which is excepted by law from the exemptions:

Description of property excepted from exemptions (if applicable)

Checking account in name of CC Intelligent Systems, Inc. at BB&T Bank, 4460 Six Forks Road, Raleigh, NC 27609 (T:919-716-9620)

Additional order for satisfying judgment

Date Issued: _____

This writ must be returned within 90 days after the date of issue.

Signature: _____

☒ Clerk, U.S. District Court
☐ Deputy Clerk

EDNC (12/09)