# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:

Apex Systems, Inc.

Vs.

CC Intelligent Solutions, Inc.

### AFFIDAVIT OF SERVICE

CIVIL ACTION No.: 5:12 MC-00029-UA

I, Erin Delacruz, hereby certify that I have served true and exact certified copy of the Execution in the above captioned matter, on BB&T Bank. I hand delivery said documents to branch manager, Burcu Ugurdag, on August 29th, 2012 at 4450 Six Folks Rd. Raleigh NC 27609. Ms. Ugurdag confirmed the defendants do have an active account with that bank branch and accepted the Execution in her capacity.

I further certify that I am over the age of 18 and I am not a party or an attorney in this action.

Erin Delacruz
Private Process Server
(919) 961-2195

Sworn to and subscribed before me this the 30th day of August 2012.

Notary Public

Dennen Couran
Printed Name
My Commission Expires: 12/2/15

## CERTIFICATE OF SERVICE

The undersigned attorney for Plaintiff hereby certifies that on this day the foregoing **Affidavit of Service** was served upon the Defendant by depositing a copy thereof enclosed in post-paid, properly addressed wrappers in a post office or official depository under the exclusive care and custody of the United States Postal Service and addressed as follows:

> W. Brian McCann
> Franklin R. Cragle, III
> Hirschler Fleischer PC
> 2100 E Cary St.
> PO Box 500
> Richmond, Virginia 23218-0500
> (804) 771-9515
> (804) 644-0957
> fcragle@hf-law.com
> bmccann@hf-law.com

This the 30th day of August, 2012.

> TROUTMAN SANDERS, LLP
>
> By: *Jennifer M. Hall*
> Jennifer M. Hall
> N.C. State Bar No. 39722
> Post Office Drawer 1389
> Raleigh, North Carolina 27602-1389
> Telephone: (919) 835-4110
> Facsimile: (919) 835-4101
> jennifer.hall@troutmansanders.com

20092553v1